UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN BRENT MICHEL,

          Plaintiff,

  v.

CHERI BRAZWELL; and SCOTT BRAZWELL,

          Defendants.

C22-5286 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge.

    (1)    Defendants' motion to compel, docket no. 41, is GRANTED in part and DENIED in part as follows:

        (a)    The Court concludes that a waiver of all objections is not warranted under the circumstances presented here, see Hansen v. Boeing Co., No. C09-1247, 2010 WL 11527328, at *2 (W.D. Wash. Aug. 30, 2010) (noting that courts have broad discretion to grant relief, on a case-by-case basis, from a waiver of objections to discovery requests, and concluding that a waiver of all objections was not warranted even though the plaintiff did not demonstrate good cause for untimely objections), and Plaintiff has not waived the right to object to Defendants' First Set of Interrogatories or First Set of Requests for Production (the "Discovery Requests") based on the attorney-client privilege.  Defendants' motion to compel is otherwise DENIED as moot because Plaintiff has responded to the Discovery Requests.

        (b)    The Court concludes that Plaintiff was not diligent in responding to Defendants' requests to meet and confer and Defendants are entitled to reasonable attorney fees in the amount of $1,000.00, to be paid within ten (10) days of the date of this Minute Order.

MINUTE ORDER - 1

Case 3:22-cv-05286-TSZ   Document 48   Filed 05/31/24   Page 2 of 2

(2)   Plaintiff's cross-motion, docket no. 43, is STRICKEN as moot.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2024.

Ravi Subramanian<br>
Clerk

s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 2