THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN BRENT MICHEL,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　v.<br>CHERI BRAZWELL and SCOTT BRAZWELL, individually and the marital community composed thereof,<br>　　　　　　　　　　　　　Defendants. | NO. 3:22-cv-05286 TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

COMES NOW Plaintiff, Stephen Brent Michel, and Defendants, Cheri Brazwell and Scott Brazwell, by and through their respective counsel of record, and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled matter shall be dismissed with prejudice and without costs to any party.

DATED this _____ day of January 2025.

| | |
|---|---|
| SELBY MORGAN & BORN, PLLC<br>By:___*s/ Stuart C. Morgan*_____<br>　　Stuart C. Morgan, WSBA 26368<br>　　Grady R. Heins, WSBA 54262<br>　　Selby Morgan & Born, PLLC<br>　　1019 Regents Blvd., Suite 103<br>　　Fircrest, WA 98466<br>　　Tel: (253) 446-8610<br>　　Fax: (253) 327 -1700<br>　　Email: stu@smb-lawyers.com<br>　　Email: grady@smb-lawyers.com<br>　　Attorneys for Plaintiff | SEYFARTH SHAW LLP<br>By:___*s/ Daniel B. Keum*_____<br>　　Andrew R. Escobar, WSBA No. 42793<br>　　Daniel B. Keum, WSBA No. 57174<br>　　Seyfarth Shaw LLP<br>　　999 Third Ave., Suite 4700<br>　　Seattle, WA 98104-4041<br>　　Tel: (206) 946-4976<br>　　Fax: (206) 946-4901<br>　　Email: aescobar@seyfarth.com<br>　　Email: dkeum@seyfarth.com<br>　　Attorneys for Defendants |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

Cause No. NO. 3:22-cv-05286 TSZ

SELBY MORGAN & BORN PLLC.
1019 Regents Blvd, Ste 103
Fircrest, WA  98466
Phone:  (253) 446-8610
Facsimile:  (253) 327-1700

# ORDER

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court, upon stipulation made and entered into between the parties hereto through their respective and duly authorized attorneys, and the Court having been fully advised in the premises, it is now, therefore

ORDERED, ADJUDGED, and DECREED that this action be, and the same hereby is, dismissed with prejudice against all parties without costs to any party.

DONE IN OPEN COURT this  30th   day of January 2025.

_____
Judge Thomas S. Zilly

Presented by:

SELBY MORGAN & BORN, PLLC

By: s/ Stuart C. Morgan
    Stuart C. Morgan, WSBA 26368
    Grady R. Heins, WSBA 54262
    Selby Morgan & Born, PLLC
    1019 Regents Blvd., Suite 103
    Fircrest, WA 98466
    Tel: (253) 446-8610
    Fax: (253) 327 -1700
    Email: stu@smb-lawyers.com
    Email: grady@smb-lawyers.com
    Attorneys for Plaintiff

Approved as to form;
Notice of presentation waived.

SEYFARTH SHAW LLP

By: s/ Daniel B. Keum
    Andrew R. Escobar, WSBA No. 42793
    Daniel B. Keum, WSBA No. 57174
    Seyfarth Shaw LLP
    999 Third Ave., Suite 4700
    Seattle, WA 98104-4041
    Tel: (206) 946-4976
    Fax: (206) 946-4901
    Email: aescobar@seyfarth.com
    Email: dkeum@seyfarth.com
    Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2

SELBY MORGAN & BORN, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA 98466
Phone: (253) 446-8610
Facsimile: (253) 327-1700